JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EMITT TROTTER,<br>        Petitioner,<br>   v.<br>C. PFEIFFER,<br>        Respondent. | Case No. LA CV 16-7997 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 08, 2016

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1